No. 96–6976.  PACKER *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 96–6987.  McCOY *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 96–6997.  BRYAN ET UX. *v.* RICHARDSON, COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 96–7019.  LAYENI *v.* UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 96–7020.  McMASTERS *v.* UNITED STATES; and
No. 96–7039.  FOLEY ET AL. *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.  Reported below: 90 F. 3d 1394.

No. 96–7030.  McKINNION *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 96–7034.  SAGE *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 96–7038.  ALTSCHUL *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 96–7053.  GRAVELY *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 96–7054.  DAVIS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 96–7055.  GRIFFIN *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 96–7056.  OLSON *v.* FAIRFAX-FALLS CHURCH COMMUNITY SERVICES BOARD.  Sup. Ct. Va.  Certiorari denied.

No. 96–7062.  WAGNER *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA.  C. A. 9th Cir.  Certiorari denied.

No. 96–7064.  RAFAEL *v.* UNITED STATES; and
No. 96–7092.  GONZAGA *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.  Reported below: 98 F. 3d 1339.

No. 96–7066.  RASHID *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.